UNITED STATES BANKRUPTCY COURT

Eastern District of Oklahoma

IN RE DEBTOR: LEIF LEE SHANNON        DATE: 3/28/2023

CASE NO. 7-23-BK-80083

**WITHDRAWAL OF PROOF OF CLAIM NUMBER** 6

COMES NOW, Target Finance in care of ZenResolve and pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof of claim number 6 in the amount of $ 680.77 filed on or about 3/27/2023 .

Target Finance in care of ZenResolve

/S/ Jeff Bronson

Company: ZenResolve

Title: President

ZenResolve

2770 Mission Rancheria Rd #315

Lakeport CA 95453

(800) 225-1375